[ ] AMENDED

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:      (1) Tara Anntrece Woodley                              Case No. 19-29319
            (2)
Debtor(s).                                                          Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) 1385 Favell Drive            (2) _____
             Memphis, TN 38116

**PLAN PAYMENT:**

**DEBTOR (1)** shall pay $ 1,572.00  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( X ) monthly, by:

   ( ) **PAYROLL DEDUCTION** from: _____    **OR**  ( X ) **DIRECT PAY**.

**DEBTOR (2)** shall pay $ _____  ( ) weekly, ( ) every two weeks, ( ) semi-monthly, or ( ) monthly, by:

   ( ) **PAYROLL DEDUCTION** from: _____    **OR**  ( ) **DIRECT PAY**.

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]           ( ) YES  ( X ) NO

   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE      ( ) YES  ( X ) NO
       COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]

   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].         ( ) YES  ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to:        Monthly Plan Payment:

   _____; ongoing payment begins _____       $ _____
   Approximate arrearage: _____                                $ _____
   _____; ongoing payment begins _____       $ _____
   Approximate arrearage: _____                                $ _____

5. **PRIORITY CLAIMS:**
   _____  Amount: _____                      $ _____
   _____  Amount: _____                      $ _____

6. **HOME MORTGAGE CLAIMS:** ( ) Paid directly by Debtor(s); **OR** ( X ) Paid by Trustee to:

   Bank of America (1385 Favell)   ; ongoing payment begins Loan has matured. No ongoing payment.  $ _____
   Approximate arrearage: $60,626.52   Interest  5.25  %                       $ 1,152.00
   _____; ongoing payment begins _____       $ _____
   Approximate arrearage: _____    Interest _____ %                          $ _____

7. **SECURED CLAIMS:**
   [Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral:    Rate of Interest:    Monthly Plan Payment:
   _____        _____        _____ %        $ _____
   _____        _____        _____ %        $ _____
   _____        _____        _____ %        $ _____

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

   [Retain lien 11 U.S.C. §1325(a)]

   | Creditor | Value of Collateral | Rate of Interest | Monthly Plan Payment |
   |---|---|---|---|
   | Memphis City Treasurer (3957 Plymouth) | | % | $ Paid outside plan |
   | Shelby County Trustee (3957 Plymouth) | | % | $ Paid outside plan |
   | | | % | $ |

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   Collateral: _____
   Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

    | | Amount | Rate of Interest | Monthly Plan Payment |
    |---|---|---|---|
    | | | 0 % | $ |
    | | | 0 % | $ |
    | | | 0 % | $ |

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

    Navient _____    ( ) Not provided for   OR  ( X ) General unsecured creditor
    _____    ( ) Not provided for   OR  ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $37,449.00**.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( ) _____ %,  OR,

    ( X ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

    _____    ( ) Assumes  OR  ( ) Rejects.
    _____    ( ) Assumes  OR  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately __60__ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

    _____.

    **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/Ursula Jones**                                                                 DATE: **11/22/2019**.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**